## HANOVER INSURANCE CO. OF NEW YORK *v.* VICTOR.

No. 50.   Decided October 14, 1968.

*Florindo M. DeRosa, Duncan C. Lee, Frank A. Celentano,* and *Peter J. Malloy, Jr.,* for appellant.

*Harriet E. Gair* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## COHON ET AL. *v.* KIRBY, DIRECTOR, DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL OF CALIFORNIA.

No. 57.   Decided October 14, 1968.

*Herbert A. Leland, Marc E. Leland, J. Bruce Fratis, Joseph L. Alioto,* and *Richard Saveri* for appellants.

*Thomas C. Lynch,* Attorney General of California, and *Elizabeth Palmer* and *L. Stephen Porter,* Deputy Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.